UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT ICEBERG, an individual,<br>Plaintiff,<br>v.<br>ALCON LABORATORIES, INC., a Delaware corporation,<br>Defendant. | Case No. 2:26-cv-03187-JHC<br><br>STIPULATION FOR AND **ORDER OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Scott Iceberg ("Plaintiff"), and Defendant Alcon Laboratories, Inc. ("Defendant") that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties further agree to bear their own fees and costs associated with this matter.

DATED this 19th day of November, 2026.

| | |
|---|---|
| */s/ Scott Iceberg - via email authorization*<br>Scott Iceberg<br>PO BOX 27<br>ORCAS, WA 98280<br>scotticeberg@yahoo.com<br><br>*Pro Se Plaintiff* | OGDEN MURPHY WALLACE<br><br>By: [signature]<br>Ronald J. Friedman, WSBA #41629<br>Alexandrea M. Smith, WSBA #57460<br>701 Fifth Ave, Ste. 5600<br>Seattle, WA 98104<br>rfriedman@omwlaw.com<br>lsmith@omwlaw.com |

DECHERT LLP

BY: */s/ Mara Cusker Gonzalez – email auth.*
Mara Cusker Gonzalez (*pro hac vice* pending)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: 212-641-5665
Email: Mara.CuskerGonzalez@dechert.com

Allison K. Ozurovich (*pro hac vice* pending)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: 213-808-5700
Email: allie.ozurovich@dechert.com

*Attorneys for Defendant Alcon Laboratories, Inc.*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiffs claims against Defendant are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 20th day of November, 2026.

John H. Chun

HONORABLE JOHN H. CHUN